**B1 (Official Form 1)  (04/13)**

| **United States Bankruptcy Court**<br>**District of Puerto Rico, San Juan Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Figueroa, Samuel Ferrer-** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):    **3542** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**HC 2 Box 11336**<br>**Moca, PR**<br><br>ZIPCODE **00676-8309** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Moca** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>**# 2, Isabela, PR**                                     ZIPCODE **00662** |
|---|

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Chapter 15 Debtor**
Country of debtor's center of main interests:
_____

Each country in which a foreign proceeding by, regarding, or against debtor is pending:
_____

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| [x] Full Filing Fee attached<br><br>[ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>[ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>[x] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>[ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>[ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>[ ] A plan is being filed with this petition<br>[ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| [x] Debtor estimates that funds will be available for distribution to unsecured creditors.<br>[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1)  (04/13)                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Figueroa, Samuel Ferrer-** |
|---|---|

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)                                         Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B1 (Official Form 1)  (04/13)
Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Figueroa, Samuel Ferrer-** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Samuel  Ferrer- Figueroa**
Signature of Debtor          **Samuel  Ferrer- Figueroa**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**October 22, 2015**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney\***

X **/s/ Isabel Fullana**
Signature of Attorney for Debtor(s)

**Isabel Fullana 7955**
**Garcia- Arregui & Fullana PSC**
**PO Box 11579**
**San Juan, PR  00910-2679**
**(787) 766-2530  Fax: (787) 756-7800**
**isabelfullana@gmail.com**

**October 22, 2015**
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**Departamento de Hacienda**

**Planilla de Contribución sobre Ingresos de Individuos**
Confirmación de Radicación Electrónica

Individual Income Tax Return
Confirmation of Electronic Filing

| Año 2014 - Tax Year 2014 |
| --- |

**Nombre del Contribuyente** ....................................
Taxpayer Name
→ SAMUEL FERRER FIGUEROA

**Número de Seguro Social del Contribuyente** .......
Taxpayer Social Security Number

**Nombre del Cónyuge** ...........................................
Spouse Name

**Número de Seguro Social del Cónyuge** ..............
Spouse Social Security Number

**Número de Confirmación** .....................................
Confirmation Number
→ 07012015182F053E052322802

**Fecha y Hora de Radicación** ................................
Date and Time of Filing
→ 01/07/2015 01:17:30 PM

**Fecha de Pago** ....................................................
Payment Date

**Cantidad Pagada Electrónicamente** ......................
Amount Paid Electronically

**Número de Ruta / Tránsito** ...................................
Routing Number

**Número de Cuenta** ..............................................
Account Number

**Balance Pendiente de Pago** ..................................
Amount Due

**Contribución Pagada en Exceso** ...........................
Amount Overpaid

↳ **Acreditar a Contribución Estimada del Próximo Año** ..................................
   Credit to Estimated Tax for Next Year

↳ **Aportación al Fondo Especial para el Estuario de la Bahía de San Juan** ..
   Amount to be Contributed to the San Juan Bay Estuary Special Fund

↳ **Aportación al Fondo Especial para la Universidad de Puerto Rico** ............
   Amount to be Contributed to the University of Puerto Rico Special Fund

↳ **Cantidad a Reintegrar** .........................................................................
   Refund Amount

☐ **Mediante cheque por correo** - Via check by mail

☐ **Mediante depósito directo** - Via direct deposit

Formulario 482  Rev. 31 oct 14

# FORMA ÚNICA 2014

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE HACIENDA**

2014

Número de Serie

| Liquidador | Revisor |
|---|---|

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2014 O AÑO COMENZADO EL

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: ☐☐ ☐☐ Mes Año
○ CONTRIBUYENTE ○ CÓNYUGE
○ CÓNYUGE SUPÉRSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO (indique seguro social del cónyuge fallecido)

1 de enero de 2014 Y TERMINADO EL 31 de diciembre de 2014

Nombre del Contribuyente: **SAMUEL**  Inicial
Apellido Paterno: **FERRER**  Apellido Materno: **FIGUEROA**

Número de Seguro Social Contribuyente

Dirección Postal
HC 2 Box 11336

Moca PR    Código Postal. 00676

Fecha de Nacimiento: 7  1965  Mes Año
Sexo: ☐ M ☒ F

Número de Seguro Social Cónyuge

Nombre e Inicial del Cónyuge.  Apellido Paterno  Apellido Materno

Fecha de Nacimiento del Cónyuge  Mes Año
Sexo: ☐ M ☐ F

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)
HC 2 Box 11336

Teléfono Residencia
(787) 627-6365
Teléfono del Trabajo

Moca PR    Código Postal 00676

CAMBIO DE DIRECCIÓN: ○ Sí ☒ No

Correo Electrónico (E-Mail) mevaccounting@yahoo.com

SOLICITÓ PRÓRROGA: ○ Sí ☒ No

¿UTILIZÓ PROGRAMA PRIVADO PARA LLENAR LA PLANILLA? ☒ Sí ○ No

PLANILLA 2015: ☒ ESPAÑOL ○ INGLÉS

Sello de Recibido

## Cuestionario

**SÍ  NO**
A. ☒○ ¿Ciudadano de Estados Unidos?
B. ☒○ ¿Residente de Puerto Rico al finalizar el año?
C. ○☒ ¿Otros ingresos excluidos o exentos de contribución? (Someta Anejo IE Individuo)
D. ○☒ ¿Individuo residente inversionista? (Someta Anejo F1 Individuo)

**E. FUENTE DE MAYOR INGRESO:**
1. ☐ Empleado del Gobierno, Municipios o Corporaciones Públicas
2. ☐ Empleado del Gobierno Federal
3. ☐ Empleado de Empresa Privada
4. ☐ Retirado/Pensionado
5. ☒ Trabajo Cuenta Propia (Indique la industria o negocio principal)
6. ☐ Otro

Su ocupación **REAL ESTATE**  8110   Ocupación cónyuge

**F. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ☐ Casado (Ennegrezca aquí ☐ si se acoge al cómputo opcional y pase al Anejo CO Individuo)
2. ☒ Casado individual (Ennegrezca e indique nombre y seguro social del cónyuge si está)
   ☐ Casado con capitulaciones de total separación de bienes
   ☐ Casado que no vivía con su cónyuge)
3. ☐ Casado que rinde por separado (Indique nombre y seguro social del cónyuge arriba)

CONTRATO GOBIERNO:
○ Contribuyente ○ Cónyuge

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

## Reintegro

| | | | |
|---|---|---|---|
| 1. CONTRIBUCIÓN PAGADA EN EXCESO (Encasillado 3, línea 28. Indique distribución en las líneas A, B, C y D) ........ **01** | (01) | | 00 |
| A) Acreditar a la contribución estimada 2015 ........ | (02) | | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ........ | (03) | | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico ........ | (04) | | 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) ........ | (05) | | 00 |

## Pago

| | | | |
|---|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Encasillado 3, línea 26) ........ | (06) | | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | (07) | | 00 |
| (b) Intereses | (08) | | 00 |
| (c) Recargos _____ y Penalidades _____ | (09) | | 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) ........ | (10) | | 00 |

## Depósito

**AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO**

Tipo de cuenta: ○ Cheques ○ Ahorros
Número de ruta/tránsito: ☐☐☐☐☐☐☐☐☐
Número de su cuenta: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente: **FIRMADA ELECTRÓNICAMENTE**
Fecha: 01/07/2015

Firma del Cónyuge

Nombre del Especialista (Letra de Molde): **MARIA E VARGAS**
Nombre de la Firma o Negocio: **MEV ACCOUNTING FINANCIAL SERVICES INC**

Firma del Especialista: **FIRMADA ELECTRÓNICAMENTE**
Fecha: **01/07/2015**
Especialista por cuenta propia (ennegrezca aquí) ○
Número de Registro: **0018532**

**NOTA AL CONTRIBUYENTE:** Indique si hizo pagos por la preparación de su planilla: ☒ Sí ○ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Conf. 07012015182F053E052322802

Período de Conservación: Diez (10) años

PRSoft, Inc. (www.prsoft.com)

**Si se acoge al cómputo opcional de la contribución en el caso de individuos casados que viven juntos y rinden planilla conjunta, no complete los Encasillados 1 y 2, ni las líneas 13 a la 18 del Encasillado 3, y pase al Anejo CO Indivduo.**

## Encasillado 1

1. Sueldos, Comisiones, Concesiones y Propinas

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| SUMINISTRE LOS COMPROBANTES DE RETENCIÓN (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | 00 | 00 |
| | 00 | 00 |
| | 00 | 00 |
| Total de comprobantes con esta planilla **02** | (01) 00 | (03) 00 |
| | Contribución Retenida | Salarios Federales |
| C- Salarios del Gobierno Federal (Véanse instrucciones) | (02) 00 | (04) 00 |

2. Otros Ingresos (o Pérdidas):
   - A) Distribuciones totales de planes de retiro cualificados (Anejo D Individuo, Parte V, línea 3) ... (05) 00
   - B) Ganancia (o pérdida) en la venta o permuta de activos de capital (Anejo D Individuo, Parte VI, línea 17 o 48, según aplique) ... (06) 20,116
   - C) Intereses (Anejo F Individuo, Parte I, línea 5) ... (07) 00
   - D) Dividendos de corporaciones (Anejo F Individuo, Parte I, línea 4) ... (08) 00
   - E) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte III, línea 3) ... (09) 00
   - F) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Anejo F Individuo, Parte IV, línea 2) ... (10) 00
   - G) Ingresos misceláneos (Anejo F Individuo, Parte VII, línea 6) ... (11) 00
   - H) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ... (12) 00
   - I) Ganancia (o pérdida) atribuible a industria o negocio (Anejo K Individuo, Parte II, línea 12) ... (14) 00
   - J) Ganancia (o pérdida) atribuible a la agricultura (Anejo L Individuo, Parte II, línea 14) ... (15) 00
   - K) Ganancia (o pérdida) atribuible a profesiones y comisiones (Anejo M Individuo, Parte II, línea 6) ... (16) 00
   - L) Ganancia (o pérdida) atribuible a alquiler (Anejo N Individuo, Parte II, línea 9) ... (17) 00
   - M) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ... (18) 00
   - N) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ... (19) 00
   - O) Participación distribuible en beneficios de sociedades, sociedades especiales y corporaciones de individuos (Someta Anejo R Ind.) ... (20) 00
   - P) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: ) ... (21) 20,116

3. Total de Ingresos (Sume líneas 1B, 1C y 2A a la 2P) ... (22) 20,116
4. Pensión Pagada por Divorcio o Separación (Núm. seg. soc. del que la recibe: ) (23) (Núm. sentencia ) (24) 00
5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) ... (25) 20,116 **03**

## Encasillado 2

6. Total de Deducciones (Anejo A Individuo, Parte I, línea 12) ... (01) 2,336
7. DEDUCCIÓN ESPECIAL PARA CIERTOS INDIVIDUOS (Hasta un máximo de $2,350. Véanse instrucciones) ... (02) 3,500
8. Exención Personal (Casado - $7,000; Contribuyente individual - $3,500; Casado que rinde separado - $3,500) ... (03) 00
9. Exención por Dependientes (Complete el Anejo A1 Ind., véanse instrucciones): A) (04) 5 x $2,500 (06) 12,500
   Custodia compartida o casado que rinde separado → B) (05) x $1,250 (07) 00
10. Total Exención por Dependientes (Sume líneas 9A y 9B) ... (08) 12,500
11. Exención Personal Adicional para Veteranos ($1,500 por veterano. Si ambos cónyuges son veteranos, $3,000) ... (09) 00
12. Total Deducciones y Exenciones (Sume líneas 6 a la 10) ... (10) 18,336
13. INGRESO NETO SUJETO A CONTRIBUCIÓN (Línea 5 menos línea 11. Si la línea 11 es mayor que la línea 5, anote cero) ... (11) 1,780

## Encasillado 3

13. CONTRIBUCIÓN: (21) 1 Según Tabla 2 Tasas preferenciales (Anejo A2 Individuo) Extranjero no residente ... (22) 00
14. Cantidad de Ajuste Gradual (Determine este ajuste si la cantidad reflejada en la línea 12 en el Anejo A2 Ind., línea 11 es mayor de $500,000) (Anejo P Ind., línea7) ... (23) 00
15. CONTRIBUCIÓN REGULAR ANTES DEL CRÉDITO (Sume líneas 13 y 14) ... (24) 00
16. Crédito por contribuciones pagadas a países extranjeros, los Estados Unidos, sus territorios o posesiones (Someta Anejo C Individuo) (Véanse inst.) ... (25) 00
17. CONTRIBUCIÓN REGULAR NETA (Línea 15 menos línea 16) ... (26) 00
18. Exceso de la Contribución Básica Alterna Neta sobre la Contribución Regular Neta (Anejo O Individuo, Parte II, línea 7) (Véanse instrucciones) ... (27) 00
19. TOTAL CONTRIBUCIÓN DETERMINADA (Sume líneas 17 y 18 o anote la cantidad del Anejo CO Individuo, línea 22, según aplique) ... (28) 00
20. Recobro de crédito reclamado en exceso (Anejo B Individuo, Parte I, línea 3) ... (29) 00
21. Créditos contributivos (Anejo B Individuo, Parte II, línea 3) ... (30) 00
22. RESPONSABILIDAD CONTRIBUTIVA (Sume líneas 19 y 20 menos línea 21. Si es menos de cero, anote cero) ... (31) 00
23. CONTRIBUCIÓN RETENIDA, PAGADA Y CRÉDITOS REEMBOLSABLES:
    - A) Mediante retención sobre salarios (Sume las líneas 1A y 1C del Encasillado 1 o líneas 1A y 2A del Anejo CO Individuo) ... (32) 00
    - B) Otros pagos y retenciones (Anejo B Individuo, Parte I, línea 20) ... (33) 00
    - C) Crédito de la Oportunidad Americana (Someta Anejo B2 Individuo) (No aplica a casados que rinden separado) ... (34) 00
    - D) Cantidad pagada con prórroga automática ... (35) 00
    - E) Total Contribución Retenida, Pagada y Créditos Reembolsables (Sume líneas 23A a la 23D) ... (36) 00
24. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Si la línea 23E es menor que la línea 22, anote la diferencia aquí, de lo contrario en la línea 25) ... (37) 00
25. Exceso de Contribución Retenida, Pagada y Créditos Reembolsables ... (38) 00
26. Adición a la Contribución por Falta de Pago de la Contribución Estimada (Anejo T Individuo, Parte II, línea 21) ... (40) 00
27. Contribución especial a individuos que llevan a cabo industria o negocio por cuenta propia (Véanse instrucciones) ... (41) 00
28. BALANCE: Si línea 25 es mayor que la suma de líneas 24, 26 y 27, usted tiene un sobrepago. Anote diferencia aquí y en la línea 1 de página 1. ... (49) 00
    Si línea 25 es menor que la suma de líneas 24, 26 y 27, usted tiene un balance pendiente de pago. Anote diferencia aquí y en la línea 2 de página 1.
    Si diferencia es igual a cero, anote cero aquí y pase a firmar su planilla en la página 1. ... (50) 00

**LA CANTIDAD REFLEJADA EN LA LÍNEA 28 DEBERÁ TRASLADARSE A LA LÍNEA CORRESPONDIENTE DE LA PÁGINA 1.**

# Anejo A1 Individuo
Rev. 31 oct 14

## DEPENDIENTES

## 2014

Año contributivo comenzado el __1__ de __enero__ 2014 y terminado el __31__ de __diciembre__ de 2014

**Nombre del contribuyente**
SAMUEL FERRER FIGUEROA

**Número de Seguro Social**
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

| **Parte I** | **Información sobre Dependientes** (Véanse instrucciones) | 55 |

### INFORMACIÓN IMPORTANTE

☞ No incluya al cónyuge en este anejo. Un individuo casado que vive con su cónyuge para fines contributivos, no debe incluir a su cónyuge como parte de sus dependientes.

☞ Acompañe este Anejo con su planilla para poder considerar la exención por dependientes.

☞ Ennegrezca el óvalo de custodia compartida si el dependiente está sujeto a esta condición. La exención será de $1,250 para cada contribuyente.

| | Nombre, Inicial | Apellido Paterno | Apellido Materno | Custodia Compartida | Fecha de Nacimiento Día / Mes / Año | Parentesco | Categoría * (N)(U)(I) | Número de Seguro Social |
|---|---|---|---|---|---|---|---|---|
| (01) | GÉNESIS FERRER LASSALLE | | | ⬭ | 26/03/1996 | Hija | N | |
| (02) | | | | | | | | |
| (03) | | | | | | | | |
| (04) | | | | | | | | |
| (05) | | | | | | | | |
| (06) | | | | ⬭ | | | | |
| (07) | | | | ⬭ | | | | |
| (08) | | | | ⬭ | | | | |
| (09) | | | | ⬭ | | | | |
| (10) | | | | ⬭ | | | | |

* Véanse instrucciones.

Período de Conservación: Diez (10) años

PRSoft, Inc. (www.prsoft.com)

**Conf. 07012015182F053E052322802**

RADICADO ELECTRONICAMENTE

| Anejo D Individuo | GANANCIAS Y PÉRDIDAS DE ACTIVOS DE CAPITAL, DISTRIBUCIONES TOTALES DE PLANES DE RETIRO CUALIFICADOS Y CUENTAS DE ANUALIDAD VARIABLE | 2014 |
|---|---|---|

Rev. 31 oct 14

Año contributivo comenzado el __1__ de __enero__ de _2014_ y terminado el __31__ de __diciembre__ de _2014_

Nombre del contribuyente

**SAMUEL FERRER FIGUEROA**

Número de Seguro Social

**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**

**52**

### Parte I — Ganancias y Pérdidas de Activos de Capital a Corto Plazo (Véanse instrucciones)

| Descripción y Localización de la Propiedad | (A) Fecha de Adquisición (Día/Mes/Año) | (B) Fecha de Venta (Día/Mes/Año) | (C) Precio de Venta | (D) Base Ajustada | (E) Gastos de Venta | (F) Ganancia o Pérdida |
|---|---|---|---|---|---|---|
| | (01) | (04) | (07) 00 | 00 | (08) 00 | (10) 00 |
| | (02) | (05) | (08) 00 | 00 | 00 | (11) 00 |
| | (03) | (06) | (09) 00 | 00 | 00 | (12) 00 |

1. Ganancia (o pérdida) neta de capital a corto plazo .......................................................................... (1) 00
2. Ganancia neta de capital a corto plazo en la venta de su residencia principal y/o negocio propio (Someta Anejo D1, D3 y/o G Individuo, según aplique) ... (2) 00
3. Participación distribuible en la ganancia (o pérdida) neta de capital a corto plazo de Sucesiones o Fideicomisos (Someta Formulario 480.6 F) ....... (3) 00
4. Participación distribuible en la ganancia (o pérdida) neta de capital a corto plazo de Sociedades (Someta Formulario 480.6 S) ............ (4) 00
5. Participación distribuible en la ganancia (o pérdida) neta de capital a corto plazo de Sociedades Especiales (Someta Formulario 480.6 SE) ... (5) 00
6. Participación distribuible en la ganancia (o pérdida) neta de capital a corto plazo de Corporación de Individuos (Someta Formulario 480.6 CI) ... (6) 00
7. Ganancia (o pérdida) neta de capital a corto plazo en fondos de inversiones o atribuible a la inversión directa o a través de un Fondo de Capital de Inversión, o participación distribuible en la ganancia o pérdida neta de capital a corto plazo de Corporación Especial Propiedad de Trabajadores (Someta detalle) Véanse instrucciones .................................................................... (7) 00
8. Exceso de deducciones sobre el ingreso proveniente de una actividad que no constituye su industria o negocio principal (Véanse instrucciones) .. (8) 00
9. Ganancia (o pérdida) neta de capital a corto plazo (Sume líneas 1 a la 8) .......................................................... (9) 00

### Parte II — Ganancias y Pérdidas de Activos de Capital a Largo Plazo (Poseídos por más de 6 meses - Transacciones efectuadas antes del 1 de julio de 2014. Ver inst.)

| Descripción y Localización de la Propiedad | Enmarca si Pagó por Adelantado | (A) Fecha de Adquisición (Día/Mes/Año) | (B) Fecha de Venta (Día/Mes/Año) | (C) Precio de Venta | Base Ajustada | (E) Gastos de Venta | Ganancia o Pérdida (Ley 132-2010 y Ley 216-2011. Ver inst.) | (G) Ganancia o Pérdida |
|---|---|---|---|---|---|---|---|---|
| | ◯ | (22) | (25) | (28) 00 | 00 | 00 | (31) 00 | (34) 00 |
| | ◯ | (23) | (26) | (29) 00 | 00 | 00 | (32) 00 | (35) 00 |
| | ◯ | (24) | (27) | (30) 00 | 00 | 00 | (33) 00 | |

10. Ganancia (o pérdida) neta de capital a largo plazo ..................................................................... (37) 00
11. Ganancia (o pérdida) neta de capital a largo plazo en la venta de su residencia principal y/o negocio propio (Someta Anejo D1, D3 y/o G Individuo, según aplique) ...... (38) 00
12. Participación distribuible en la ganancia (o pérdida) neta de capital a largo plazo de Sucesiones o Fideicomisos (Someta Formulario 480.6 F) ...... (39) 00
13. Participación distribuible en la ganancia (o pérdida) neta de capital a largo plazo de Sociedades (Someta Formulario 480.6 S) .................... (40) 00
14. Participación distribuible en la ganancia (o pérdida) neta de capital a largo plazo de Sociedades Especiales (Someta Formulario 480.6 SE) ... (41) 00
15. Participación distribuible en la ganancia (o pérdida) neta de capital a largo plazo de Corporación de Individuos (Someta Formulario 480.6 CI) ... (42) 00
16. Distribuciones en suma global de contratos de anualidad variable – Contribuyente (Véanse instrucciones) ................................ (43) 00
17. Distribuciones en suma global de contratos de anualidad variable – Cónyuge (Véanse instrucciones) .................................... (44) 00
18. Ganancia (o pérdida) neta de capital a largo plazo en fondos de inversiones o atribuible a la inversión directa o a través de un Fondo de Capital de Inversión, o participación distribuible en la ganancia (o pérdida) neta de capital a largo plazo de Corporación Especial Propiedad de Trabajadores (Someta detalle. Véanse instrucciones) .................................................. (45) 00
19. Exceso de deducciones sobre el ingreso proveniente de una actividad que no constituye su industria o negocio principal (Véanse instrucciones) .. (46) 00
20. Ganancia (o pérdida) neta de capital a largo plazo (Sume líneas 10 a la 19) ........................................ (47) 00

Conf. 07012015182F053E052322802          Período de Conservación: Diez (10) años          *PRSoft, Inc. (www.prsoft.com)*

Rev. 31 oct 14    SAMUEL FERRER FIGUEROA    Anejo D Individuo - Página 2

## Parte III — Ganancias y Pérdidas de Activos de Capital a Largo Plazo (Poseídos por más de 1 año - Transacciones efectuadas a partir del 1 de julio de 2014. Ver inst.)    53

| Descripción y Localización de la Propiedad | Enegrezca si Pagó por Adelantado | (A) Fecha de Adquisición (Día/Mes/Año) | (B) Fecha de Venta (Día/Mes/Año) | (C) Precio de Venta | Base Ajustada | Gastos de Venta | (F) Ganancia o Pérdida (Ley 132-2010 y Ley 216-2011. Ver inst.) | (G) Ganancia o Pérdida |
|---|---|---|---|---|---|---|---|---|
| SOLAR | ⭕ | 21/06/2002 (01) | 03/12/2014 (04) | 24,500 (07) | 1,384 00 | 3,000 00 (10) | 00 | 20,116 00 |
|  | ⭕ | (02) | (05) | (08) | 00 | 00 (11) | 00 | 00 |
|  | ⭕ | (03) | (06) | (09) | 00 | 00 (12) | 00 | 00 |

| | |
|---|---|
| 21. Ganancia (o pérdida) neta de capital a largo plazo ............................................................................................ (16) | 20,116 00 |
| 22. Ganancia (o pérdida) neta de capital a largo plazo en la venta de su residencia principal y/o negocio propio (Someta Anejo D1, D3 y/o G Individuo, según aplique) ...... (17) | 00 |
| 23. Participación distribuible en la ganancia (o pérdida) neta de capital a largo plazo de Sucesiones o Fideicomisos (Someta Formulario 480.6 F) ......................... (18) | 00 |
| 24. Participación distribuible en la ganancia (o pérdida) neta de capital a largo plazo de Sociedades (Someta Formulario 480.6 S) ......................................... (19) | 00 |
| 25. Participación distribuible en la ganancia (o pérdida) neta de capital a largo plazo de Sociedades Especiales (Someta Formulario 480.6 SE) ...... (20) | 00 |
| 26. Participación distribuible en la ganancia (o pérdida) neta de capital a largo plazo de Corporación de Individuos (Someta Formulario 480.6 CI) ..... (21) | 00 |
| 27. Distribuciones en suma global de contratos de anualidad variable – Contribuyente (Véanse instrucciones) ........................................ (22) | 00 |
| 28. Distribuciones en suma global de contratos de anualidad variable – Cónyuge (Véanse instrucciones) .............................................. (23) | 00 |
| 29. Ganancia (o pérdida) neta de capital a largo plazo en fondos de inversiones o atribuible a la inversión directa y no a través de un Fondo de Capital de Inversión, o participación distribuible en la ganancia (o pérdida) neta de capital a largo plazo de Corporación Especial Propiedad de Trabajadores (Someta detalle. Véanse instrucciones) ... (24) | 00 |
| 30. Exceso de deducciones sobre el ingreso proveniente de una actividad que no constituye su industria o negocio principal (Véanse instrucciones) .... (25) | 00 |
| 31. Ganancia (o pérdida) neta de capital a largo plazo (Sume líneas 21 a la 30) ..................................................................... (26) | 20,116 00 |

## Parte IV — Ganancias y Pérdidas de Activos de Capital a Largo Plazo Realizadas bajo Legislación Especial  (Véanse instrucciones)

| Descripción y Localización de la Propiedad | Enegrezca si Pagó por Adelantado | (A) Fecha de Adquisición (Día/Mes/Año) | (B) Fecha de Venta (Día/Mes/Año) | (C) Precio de Venta | (D) Base Ajustada | (E) Gastos de Venta | (F) Ganancia o Pérdida |
|---|---|---|---|---|---|---|---|
|  | ⭕ | (27) | (28) | (29) 00 | 00 | 00 | 00 |

32. Ganancia (o pérdida) neta de capital a largo plazo bajo la ley: _____ (Decreto Núm. _____ ) (30)    00

## Parte V — Distribuciones Totales de Planes de Retiro Calificados

| Descripción | Enegrezca si Pagó por Adelantado | Fecha de Distribución (Día/Mes/Año) | (A) Total de la Distribución | (B) Base | (C) Porción Tributable |
|---|---|---|---|---|---|
| 33. Tributa al 20% - Contribuyente ............... | ⭕ | (31) | (35) 00 | 00 (39) | 00 |
| 34. Tributa al 20% - Cónyuge ...................... | ⭕ | (32) | (36) 00 | 00 (40) | 00 |
| 35. Tributa al 10% - Contribuyente ............... | ⭕ | (33) | (37) 00 | 00 (41) | 00 |
| 36. Tributa al 10% - Cónyuge ...................... | ⭕ | (34) | (38) 00 | 00 (42) | 00 |
| 37. Total de distribuciones de planes de retiro calificados (Total de la Columna C. Traslade esta cantidad al Encasillado 1, línea 2A de la planilla o a la línea 3A, Columnas B y C del Anejo CO Individuo, según aplique) ......... (43) | | | | | 00 |

Conf. 07012015182F053E052322802          Período de Conservación: Diez (10) años          PRSoft, Inc. (www.prsoft.com)

Rev. 31 oct ...

| | |
|---|---|
| Nombre del contribuyente | Número de Seguro Social |
| SAMUEL FERRER FIGUEROA | 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 |

**Parte VI** — Ganancias o Pérdidas Netas de Capital para la Determinación del Ingreso Bruto Ajustado  54

| Ganancias o Pérdidas | Columna A Corto Plazo | Columna B Largo Plazo (Antes del 1 de julio de 2014) | Columna C Largo Plazo (A partir del 1 de julio de 2014) | Columna D Bajo Legislación Especial |
|---|---|---|---|---|
| 38. Anote las ganancias de las líneas 9, 20, 31 y 32 en la Columna correspondiente ............ (01) | 00 | 00 | 20,116 | 00 |
| 39. Anote las pérdidas de las líneas 9, 20, 31 y 32 en la Columna correspondiente ............ (02) | 00 (03) | 00 (05) | 00 (06) | 00 |
| 40. Si **una o más** de las Columnas B a la D refleja pérdida en la línea 39, sume las mismas y aplíquelas en proporción a las ganancias de las otras Columnas (Véanse instrucciones) | | 00 | | |
| 41. Reste la línea 40 de la línea 38. Si alguna Columna reflejó una pérdida en la línea 39, anote cero aquí | | 00 | 20,116 | 00 |
| 42. Aplique la pérdida de la línea 39, Columna A en proporción a las ganancias de las Columnas B a la D (Véanse instrucciones) | | 00 | | |
| 43. Reste la línea 42 de la línea 41 | (04) | 00 (06) | 20,116 | 00 |
| 44. Sume el total de las Columnas B a la D, línea 43. No obstante, si en la línea 38 no se reflejó **ninguna** ganancia en las Columnas B a la D, deberá entonces anotar el total de la línea 39, Columnas A a la D ............ | | | | 20,116 | 00 |
| 45. Ganancia (o pérdida) neta de capital para el año corriente (Sume línea 38, Columna A y línea 44. Si el resultado es mayor de cero, continúe con la línea 46. Si el resultado es menor de cero, no complete las líneas 46 y 47 y pase a la línea 48) ..... | | | | 20,116 | 00 |
| 46. Menos: Pérdida neta de capital no utilizada en años anteriores. En la Columna C deberá anotar el total de la pérdida neta de capital no utilizada en años anteriores. En la Columna D deberá anotar lo menor entre la cantidad de la línea 46, Columna C o el resultado de la línea 45 por 90%. Este será el monto deducible ............ (07) | | | | 00 |
| 47. Ganancia neta de capital (Reste la línea 46, Columna D de la línea 45. Anote el resultado aquí y en el Encasillado 1, línea 2B de la planilla o en la línea 3B del Anejo CO Individuo, según aplique. Si la línea 45 incluye ganancias de capital a largo plazo, véanse instrucciones) ............ (13) | | | | 20,116 | 00 |
| 48. Si la línea 45 es una pérdida neta, anote aquí y en el Encasillado 1, línea 2B de la planilla o en la línea 3B del Anejo CO Individuo, según aplique, la menor de las siguientes cantidades: a) la pérdida neta indicada en la línea 45, o b) ($1,000) ............ (14) | | | | 00 |
| 49. Pérdida de capital disponible para el próximo año (Si la línea 45 es mayor de cero, reste la línea 46, Columna D de la línea 46, Columna C. Si la línea 45 es menor de cero, sume las líneas 45 y 46C menos la línea 48) ............ (15) | | | | 00 |

Conf. 07012015182F053E052322802    Período de Conservación: Diez (10) años    PRSoft, Inc. (www.prsoft.com)



Estado Libre Asociado de Puerto Rico

# Departamento de Hacienda

## Planilla de Contribución sobre Ingresos de Individuos
### Confirmación de Radicación Electrónica

Individual Income Tax Return
Confirmation of Electronic Filing

| Año 2013 - Tax Year 2013 |
|---|

**Nombre del Contribuyente** ....................................
Taxpayer Name

> SAMUEL FERRER FIGUEROA

**Número de Seguro Social del Contribuyente** .......
Taxpayer Social Security Number

> 5███████

**Nombre del Cónyuge** ...........................................
Spouse Name

**Número de Seguro Social del Cónyuge** ...............
Spouse Social Security Number

**Número de Confirmación** .....................................
Confirmation Number

> 0808201422025571762518121

**Fecha y Hora de Radicación** ................................
Date and Time of Filing

> 08/08/2014 10:57:56 AM

**Fecha de Pago** ....................................................
Payment Date

**Cantidad Pagada Electrónicamente** ......................
Amount Paid Electronically

**Número de Ruta / Tránsito** ..................................
Routing Number

**Número de Cuenta** ..............................................
Account Number

**Balance Pendiente de Pago** ................................
Amount Due

**Contribución Pagada en Exceso** .........................
Amount Overpaid

✎ **Acreditar a Contribución Estimada del Próximo Año** ................................
Credit to Estimated Tax for Next Year

✎ **Aportación al Fondo Especial para el Estuario de la Bahía de San Juan** ..
Amount to be Contributed to the San Juan Bay Estuary Special Fund

✎ **Aportación al Fondo Especial para la Universidad de Puerto Rico** ............
Amount to be Contributed to the University of Puerto Rico Special Fund

✎ **Cantidad a Reintegrar** ....................................................................
Refund Amount

☐ **Mediante cheque por correo** - Via check by mail

☐ **Mediante depósito directo** - Via direct deposit

Período de Conservación: Diez (10) años
Retention Period: Ten (10) years

**Modelo SC 2778**
Rev. 23 ene 13

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Area de Rentas Internas



**PODER Y DECLARACION DE REPRESENTACION PARA FIRMA DIGITAL POR ESPECIALISTAS EN PLANILLAS, DECLARACIONES Y RECLAMACIONES DE REINTEGRO**

La Sección 6051.12 del Código de Rentas Internas de Puerto Rico de 2011, según enmendado (Código), establece que el Secretario de Hacienda podrá requerir que cualesquiera planillas, declaraciones o formularios requeridos por cualquier Subtítulo del Código se radiquen utilizando medios electrónicos, en cuyos casos se aceptará como válida la firma digital del contribuyente. Además, la Sección 1061.01 del Código establece la obligación de rendir una planilla de contribución sobre ingresos en el caso de individuos y permite que ésta sea autenticada mediante firma digital. El contribuyente que desee designar a un Especialista en Planillas, Declaraciones y Reclamaciones de Reintegro (Especialista) para firmar de forma digital en su representación aquellas planillas o formularios que puedan o deban ser radicados por medios electrónicos, deberá completar este modelo y entregarlo al Especialista. En el caso de individuos, debe incluir junto con este documento copia de una de las siguientes identificaciones: licencia de conducir, pasaporte expedido por cualquier autoridad extranjera, tarjeta electoral, tarjeta de identificación de veterano y tarjeta de estudiante o de empleado del sector público.

**1. Información del Contribuyente** (En el caso de individuos, incluya nombre, inicial y los dos apellidos. Si rinde planilla conjunta, debe completar la información del cónyuge)

| Nombre del Contribuyente | Número de Seguro Social |
|---|---|
| **SAMUEL FERRER FIGUEROA** | ████████████ |
| Nombre del Cónyuge (En el caso de entidades jurídicas, incluya en este espacio el nombre de la persona contacto) | Número de Identificación Patronal |
| Dirección Postal | Número de Seguro Social |
| **HC 2 Box 11336** | - - |
| | Número de Teléfono |
| **Moca PR 00676** | **(787) 627-6365** |

**2. Información del Especialista**

| Nombre del Especialista | Número de Seguro Social o Identificación Patronal |
|---|---|
| **MARIA E VARGAS ROMAN** | **66-0620659** |
| Nombre de la Firma o Negocio | Número de Registro |
| **AVO ACCOUNTING AND FINANCIAL SERVICES** | **0018532** |
| Dirección Postal | Número de Teléfono |
| **PO BOX 767** | |
| **QUEBRADILLAS PR 00678** | **(787) 895-3379** |

**3. Materia Contributiva**

| Tipo de Contribución | Planilla o Formulario | Año, Trimestre o Período Contributivo |
|---|---|---|
| | | |
| | | |
| | | |

**4. Actos Autorizados -** El Especialista está autorizado a firmar de formal digital la(s) Planilla(s) o Formulario(s) detallado(s) en la Sección de "Materia Contributiva" de este documento para el (los) año(s) o período(s) contributivo(s) indicado(s).

**5. Firma del Contribuyente** (En el caso de individuos, si rinde planilla conjunta, ambos, el contribuyente y el cónyuge deben firmar este documento. Por otro lado, si este documento es firmado por un oficial corporativo, socio, guardián, albacea, administrador o fiduciario en representación del contribuyente, dicho representante certifica que tiene la autoridad para firmar este formulario en representación del contribuyente.)

| Firma del Contribuyente | Fecha |
|---|---|
| | **08/08/2014** |
| Nombre (Letra de molde) | Fecha |
| **SAMUEL FERRER FIGUEROA** | **08/08/2014** |
| Firma del Cónyuge | Fecha |

**Si este Poder y Declaración de Representación no está firmado y fechado, el mismo no será válido.**

Período de Conservación: Seis (6) años.

Formulario 482  Rev. 31 oct 13

**COPY**

Liquidador    Revisor

| R | G | RO | V1 | V2 | P2 | N | D1 | D2 | E | A | M |
|---|---|----|----|----|----|----|----|----|---|---|---|

**2013**    **2013**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
**PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS**
AÑO CONTRIBUTIVO 2013 O AÑO COMENZADO EL

___ 1 ___ de ___ enero ___ de 2013 Y TERMINADO EL ___ 31 ___ de ___ diciembre ___ de 2013

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: ___/___/___ Día Mes Año
○ CONTRIBUYENTE  ○ CONYUGE
○ CONYUGE SUPERSTITE RINDE OTRA PLANILLA PARA EL AÑO CONTRIBUTIVO

Nombre del Contribuyente: **SAMUEL**  Inicial  Apellido Paterno: **FERRER**  Apellido Materno: **FIGUEROA**

Dirección Postal: HC 2 Box 11335

Moca PR    Código Postal: 00676

"Coloque la etiqueta engomada (Label) aquí".

Nombre e Inicial del Cónyuge    Apellido Paterno    Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle): HC 2 Box 11335

Moca PR    Código Postal: 00676

Correo Electrónico (E-Mail): AVOACCOUNTING@LIVE.COM

Número de Seguro Social Contribuyente:

Fecha de Nacimiento: ___ 7 ___ 1965  Día Mes Año  Sexo: ● M  ○ F

Número de Seguro Social Cónyuge:

Fecha de Nacimiento del Cónyuge:  Día Mes Año  Sexo: ○ M  ○ F

Teléfono Residencia: (787) 627-6365
Teléfono del Trabajo:

CAMBIO DE DIRECCION: ○ Sí ○ No

Sello de Recibido
08/08/2014
10:57:56 AM

PLANILLA 2014: ○ ESPAÑOL ○ INGLES

**Cuestionario**

**A.** ¿Ciudadano de Estados Unidos?    SI ○ NO ○
**B.** ¿Residente de Puerto Rico al finalizar el año?
**C.** ¿Otros ingresos excluidos o exentos de contribución?
   **(Someta Anejo IE Individuo)**
**D.** ¿Individuo residente inversionista?
   **(Someta Anejo F1 Individuo)**
**E. FUENTE DE MAYOR INGRESO:**
   1. Empleado del Gobierno, Municipios o Corporaciones Públicas
   2. Empleado del Gobierno Federal
   3. Empleado de Empresa Privada
   4. Retirado/Pensionado
   5. Trabajo Cuenta Propia (Indique la industria o negocio principal)
   6. Otro _____

Su ocupación: **REAL ESTATE**    8110    Ocupación cónyuge: _____

□ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

**F. ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
○ Casado
   **(Ennegrezca aquí** ○ **si se acoge al cómputo opcional y pase al Anejo CO Individuo)**
● Contribuyente individual
   **(Ennegrezca e indique nombre y seguro social del cónyuge si es:**
   ○ Casado con capitulaciones de total separación de bienes
   ○ Casado que no vivía con su cónyuge)
○ Casado que rinde separado
   **(Indique nombre y seguro social del cónyuge arriba)**

CONTRATO GOBIERNO: ○ Contribuyente  ○ Cónyuge

**PASE A LA PAGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

**Reintegro**

| | | | |
|---|---|---|---|
| 1. CONTRIBUCION PAGADA EN EXCESO (Encasillado 3, línea 28. Indique distribución en las líneas A, B, C y D) | **01** | (01) | 00 |
| A) Acredite la contribución estimada 2014 | | (02) | 00 |
| B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan | | (03) | 00 |
| C) Aportación al Fondo Especial para la Universidad de Puerto Rico | | (04) | 00 |
| D) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado de Depósito) | | (05) | 00 |

**Pago**

| | | | |
|---|---|---|---|
| 2. TOTAL NO PAGADO DE LA CONTRIBUCION (Encasillado 3, línea 28) | | (06) | 00 |
| 3. Menos: Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado | | (07) | 00 |
| (b) Intereses | | (08) | 00 |
| (c) Recargos _____ y Penalidades _____ | | (09) | 00 |
| 4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) | | (10) | 00 |

**AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO**

**Depósito**

Tipo de cuenta:  ○ Cheques ○ Ahorros    Número de ruta/tránsito: _____    Número de su cuenta: _____

Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que he examinado la información incluida en esta planilla, anejos y documentos que se acompañan, y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| ✓ FIRMADA ELECTRONICAMENTE | 08/08/2014 | | |

Nombre del Especialista (Letra de Molde): **MARIA E VARGAS ROMAN**    Nombre de la Firma o Negocio: **AVO ACCOUNTING AND FINANCIAL SERVICES**

| Firma del Especialista | Fecha | Especialista por cuenta propia (ennegrezca aquí) ○ | Número de Registro |
|---|---|---|---|
| ✓ FIRMADA ELECTRONICAMENTE | 08/08/2014 | | 0018532 |

**NOTA AL CONTRIBUYENTE:** Indique si hizo pagos por la preparación de su planilla: ● Sí ○ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Conf. 0808201422025571762518121

Período de Conservación: Diez (10) años

PRSoft, Inc. (www.prsoft.com)

Rev. 31 oct 13  **SAMUEL FERRER FIGUEROA**  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  Formulario 482 - Página 2

| Si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas y rinden planilla conjunta, no complete los Encasillados 1 y 2, ni las líneas 13 a la 18 del Encasillado 3, y pase al Anejo CO Individuo. |
|---|

**Encasillado 1**

1. Sueldos, Comisiones, Concesiones y Propinas

|  | A-Contribución Retenida | B-Sueldos,Comisiones, Concesiones y Propinas |
|---|---|---|

SUMINISTRE LOS COMPROBANTES DE RETENCION
(Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).

Total de comprobantes con esta planilla ........ (01) 0

|  | Contribución Retenida |  | Salarios Federales |
|---|---|---|---|

C- Salarios del Gobierno Federal (Véanse instrucciones) ... (02)

2. Otros Ingresos (o Pérdidas):
   A) Distribuciones totales de planes de retiro cualificados (Anejo D Individuo, Parte IV, línea 27) ........ (03)  12,152
   B) Ganancia (o pérdida) en la venta o permuta de activos de capital (Anejo D Individuo, Parte V, línea 36 o 37, según aplique) (04)
   C) Intereses (Anejo F Individuo, Parte I, línea 5) ......... (05)
   D) Dividendos de corporaciones (Anejo F Individuo, Parte II, línea 4) ......... (06)
   E) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte III, línea 3) ......... (07)
   F) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Anejo F Individuo, Parte IV, línea 2) ... (08)
   G) Ingresos misceláneos (Anejo F Individuo, Parte VII, línea 6) ......... (09)
   H) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 19) ......... (10)
   I) Ganancia (o pérdida) atribuible a industria o negocio (Anejo K Individuo, Parte I, línea 10) ......... (11)
   J) Ganancia (o pérdida) atribuible a la agricultura (Anejo L Individuo, Parte II, línea 12) ......... (12)
   K) Ganancia (o pérdida) atribuible a profesiones y comisiones (Anejo M Individuo, Parte II, línea 6) ......... (13)
   L) Ganancia (o pérdida) atribuible a alquiler (Anejo N Individuo, Parte II, línea 6) ......... (14)
   M) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ......... (15)
   N) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ......... (16)
   O) Participación distribuible en beneficios de sociedades, sociedades especiales y corporaciones de individuos (Someta Anejo R Ind.) (17)
   P) Pensión recibida por divorcio o separación (Núm. seguro social del que paga) ......... (20)
3. Total de Ingresos (Sume líneas 1B, 1C y 2A a la 2P) ......... (21)  12,152
4. Pensión Pagada por Divorcio o Separación (Núm. seg. soc. del que la recibe) ......... (23) (Núm. sentencia) ......... (24)
5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) ......... (25)  12,152

**Encasillado 2**

6. Total de Deducciones (Anejo A Individuo, Parte I, línea 6) ......... (03)
7. DEDUCCION ESPECIAL PARA CIERTOS INDIVIDUOS (Hasta un máximo de $5,550. Véanse instrucciones) ......... (07)  5,350
8. Exención Personal (Casado - $7,000; Contribuyente individual - $3,500; Casado que rinde separado - $3,500) ......... (08)  3,500
9. Exención por Dependientes (Complete el Anejo A1 Ind., véanse instrucciones): A) (04)  5  x $2,500 = (06)  12,500
   Custodia compartida o casado que rinde separado → B) (05)  x $1,250 = (07)
   Total Exención por Dependientes (Sume líneas 9A y 9B) ......... 12,500
10. Exención Personal Adicional para Veteranos ($1,500 por veterano. Si ambos cónyuges son veteranos, $3,000) ......... 
11. Total Deducciones y Exenciones (Sume líneas 6 a la 10) ......... 21,350
12. INGRESO NETO SUJETO A CONTRIBUCION (Línea 5 menos línea 11. Si es mayor que la línea 5, anote cero) ......... 

**Encasillado 3**

13. CONTRIBUCION: ☐ 1 Según Tabla   ☐ 2 Tasas preferenciales (Anejo A2 Ind.)   ☐ 3 Extranjero no residente   ☐ 4 Anejo B4 Ind.
14. Cantidad de Ajuste Gradual (Determine este ajuste si la cantidad reflejada en la línea 12 o en Anejo A2 Ind., línea 10 es mayor de $300,000) (Anejo P Ind., línea7)
15. CONTRIBUCION REGULAR ANTES DEL CREDITO (Sume líneas 13 y 14) ......... 
16. Crédito por contribuciones pagadas a países extranjeros, los Estados Unidos, sus territorios y posesiones (Someta Anejo C Individuo) (Véanse inst.)
17. CONTRIBUCION REGULAR NETA (Línea 15 menos línea 16) ......... 
18. Exceso de la Contribución Básica Alterna Neta sobre la Contribución Regular Neta (Anejo O Individuo, Parte II, línea 9) (Véanse instrucciones) (28)
19. TOTAL CONTRIBUCION DETERMINADA (Sume líneas 17 y 18 o anote la cantidad del Anejo CO Individuo, línea 22, según aplique) ......... 
20. Recobro de crédito reclamado en exceso (Anejo B Individuo, Parte I, línea 3) ......... 
21. Créditos contributivos (Anejo B Individuo, Parte II, línea 22) ......... (31)
22. RESPONSABILIDAD CONTRIBUTIVA (Sume líneas 19 y 20 menos línea 21. Si es menos de cero, anote cero) ......... 
23. CONTRIBUCION RETENIDA, PAGADA Y CREDITOS REEMBOLSABLES:
   A) Mediante retención sobre salarios (Sume las líneas 1A y 1C del Encasillado 1 o línea 1A y 2A del Anejo CO Individuo) .... (32)
   B) Mediante retención sobre anualidades y pensiones (Anejo H Individuo, Parte II, línea 13) ......... (33)
   C) Otros pagos y retenciones (Anejo B Individuo, Parte III, línea 19) ......... (34)
   D) Crédito por Trabajo (Véanse instrucciones) ......... (35)
   E) Crédito para personas de 65 años o más (Véanse instrucciones) ......... (36)
   F) Crédito compensatorio para pensionados de bajos recursos (Véanse instrucciones) ......... (37)
   G) Crédito por el pago de derechos adicionales a los automóviles de lujo bajo la Ley 42-2005
      (Véanse instrucciones) (Contribuyente: $ ......... (38); Cónyuge: $ ......... (39)) ... (40)
   H) Crédito de la Oportunidad Americana (Someta Anejo B2 Individuo) (No aplica a casados que rinden separado) (41)
   I) Crédito contributivo por oportunidad de empleo a Héroes y/o Heridos de las Fuerzas Armadas (Someta Anejo B4 Individuo) (42)
   J) Cantidad pagada con prórroga automática ......... (43)
   K) Total Contribución Retenida, Pagada y Créditos Reembolsables (Sume líneas 23A a la 23J) ......... 
24. TOTAL NO PAGADO DE LA CONTRIBUCION (Si la línea 23K es menor que la línea 22, anote la diferencia aquí, de lo contrario en la línea 27) ...
25. Adición a la Contribución por Falta de Pago de la Contribución Estimada (Anejo T Individuo, Parte II, línea 21) ......... 
26. Contribución especial a individuos que llevan a cabo industria o negocio por cuenta propia (Véanse instrucciones) ......... (48)
27. Menos: Exceso de Contribución Retenida, Pagada y Créditos Reembolsables ......... 
28. BALANCE: • Si la línea 27 es mayor que la suma de líneas 24, 25 y 26, usted tiene un sobrepago. Anote diferencia aquí y en línea 4 página 1.
   • Si la línea 27 es menor que la suma de líneas 24, 25 y 26, usted tiene un balance pendiente de pago. Anote diferencia aquí y en línea 2 de la página 1.
   • Si diferencia entre líneas 27 y la suma de líneas 24, 25 y 26 es igual a cero, anote cero aquí y pase a firmar su planilla en la página 1. ... (50)

**LA CANTIDAD REFLEJADA EN LA LINEA 28 DEBERA TRASLADARSE A LA LINEA CORRESPONDIENTE DE LA PAGINA 1.**

**Anejo A1 Individuo**
Rev. 31 oct 13

## DEPENDIENTES

**2013**

Año contributivo comenzado el ___1___ de ___enero___ de _2013_ y terminado el __31__ de _diciembre_ de _2013_

Nombre del contribuyente

SAMUEL FERRER FIGUEROA

Número de Seguro Social

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

| Parte I | Información sobre Dependientes (Véanse instrucciones) | **55** |

**INFORMACIÓN IMPORTANTE**

☞ No incluya al cónyuge en este anejo. Un individuo casado que vive con su cónyuge para fines contributivos, no debe incluir a su cónyuge como parte de sus dependientes.

☞ Acompañe este Anejo con su planilla para poder considerar la exención por dependientes.

☞ Ennegrezca el óvalo de custodia compartida si el dependiente está sujeto a esta condición. La exención será de $1,250 para cada contribuyente.

| | Nombre, Inicial | Apellido Paterno | Apellido Materno | Custodia Compartida | Fecha de Nacimiento Día / Mes / Año | Parentesco | Categoría * (N)(U)(I) | Número de Seguro Social |
|---|---|---|---|---|---|---|---|---|
| (01) | GENESIS G FERRER LASSALLE | | | ⬭ | 26/03/1996 | Hija | | N | |
| (02) | | | | | | | | |
| (03) | | | | | | | | |
| (04) | | | | | | | | |
| (05) | | | | | | | | |
| (06) | | | | | | | | |
| (07) | | | | ⬭ | | | | |
| (08) | | | | ⬭ | | | | |
| (09) | | | | ⬭ | | | | |
| (10) | | | | ⬭ | | | | |

* Véanse instrucciones.

**Conf. 080820142202555717625 18121**

Período de Conservación: Diez (10) años

*PRSoft, Inc. (www.prsoft.com)*

# Anejo D  Individuo
Rev. 31 oct 13

## GANANCIAS Y PERDIDAS DE ACTIVOS DE CAPITAL, DISTRIBUCIONES TOTALES DE PLANES DE RETIRO CUALIFICADOS Y CUENTAS DE ANUALIDAD VARIABLE

**2013**

Año contributivo comenzado el __1__ de __enero__ de _2013_ y terminado el _31_ de _diciembre_ de _2013_

Nombre del contribuyente
**SAMUEL FERRER FIGUEROA**

Número de Seguro Social
**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**

### Parte I — Ganancias y Pérdidas de Activos de Capital a Corto Plazo (Poseídos por no más de 6 meses) — 52

| Descripción y Localización de la Propiedad | (A) Fecha de Adquisición (Día/Mes/Año) | (B) Fecha de Venta (Día/Mes/Año) | (C) Precio de Venta | (D) Base Ajustada | (E) Gastos de Venta | (F) Ganancia o Pérdida |
|---|---|---|---|---|---|---|
| | | (01) | | 00 | 00 | 00 |
| | | (02) | | 00 | 00 | 00 |
| | | (03) | | 00 | 00 | 00 |

1. Ganancia (o pérdida) neta de capital a corto plazo ............ (04) | 00
2. Ganancia de capital a corto plazo en la venta de su residencia principal y/o negocio propio (Someta Anejo D1, D3 y/o G Individuo, según aplique) (05) | 00
3. Participación distribuible en la ganancia (o pérdida) neta de capital a corto plazo de Sucesiones o Fideicomisos (Someta Formulario 480.6 F) (06) | 00
4. Participación distribuible en la ganancia (o pérdida) neta de capital a corto plazo de Sociedades (Someta Formulario 480.6 S) (07) | 00
5. Participación distribuible en la ganancia (o pérdida) neta de capital a corto plazo de Sociedades Especiales (Someta Formulario 480.6 SE) (08) | 00
6. Participación distribuible en la ganancia (o pérdida) neta de capital a corto plazo de Corporación de Individuos (Someta Formulario 480.6 CI) (09) | 00
7. Ganancia (o pérdida) neta de capital a corto plazo en fondos de inversiones o atribuible a la inversión directa y no a través de un Fondo de Capital de Inversión, o participación distribuible en la ganancia (o pérdida) neta de capital a corto plazo de Corporación Especial Propiedad de Trabajadores (Someta detalle. Véanse instrucciones) (10) | 00
8. Pérdida neta de capital no utilizada en años anteriores (Someta anejo) (11) | 00
9. Exceso de deducciones sobre el ingreso proveniente de una actividad que no constituye su industria o negocio principal (Véanse instrucciones) (14) | 00
10. Ganancia (o pérdida) neta de capital a corto plazo (Sume líneas 1 a la 9) ............ (15) | 00

### Parte II — Ganancias y Pérdidas de Activos de Capital a Largo Plazo (Poseídos por más de 6 meses)

| Descripción y Localización de la Propiedad | Enegreza sí Pagó por Adelantado | (A) Fecha de Adquisición (Día/Mes/Año) | (B) Fecha de Venta (Día/Mes/Año) | (C) Precio de Venta | (D) Base Ajustada | (E) Gastos de Venta | (F) Ganancia o Pérdida (Ley 132-2010 y Ley 216-2011. Ver inst.) | (G) Ganancia o Pérdida |
|---|---|---|---|---|---|---|---|---|
| SOLAR | ○ | 21/06/2002 | 27/08/2013 (16) | (19) 15,000 | 848 | 2,000 (22) | (25) | 12,152 00 |
| | ○ | | (17) | | | 00 (23) | | 00 |
| | ○ | | | | | 00 (24) | | 00 |

11. Ganancia (o pérdida) neta de capital a largo plazo ............ (28) | 12,152
12. Ganancia (o pérdida) neta de capital a largo plazo en la venta de su residencia principal y/o negocio propio (Someta Anejo D1, D3 y/o G Individuo, según aplique) (29) | 00
13. Participación distribuible en la ganancia (o pérdida) neta de capital a largo plazo de Sucesiones o Fideicomisos (Someta Formulario 480.6 F) (30) | 00
14. Participación distribuible en la ganancia (o pérdida) neta de capital a largo plazo de Sociedades (Someta Formulario 480.6 S) (31) | 00
15. Participación distribuible en la ganancia (o pérdida) neta de capital a largo plazo de Sociedades Especiales (Someta Formulario 480.6 SE) (32) | 00
16. Participación distribuible en la ganancia (o pérdida) neta de capital a largo plazo de Corporación de Individuos (Someta Formulario 480.6 CI) (33) | 00
17. Distribuciones en suma global de contratos de anualidad variable – Contribuyente (Véanse instrucciones) (34) | 00
18. Distribuciones en suma global de contratos de anualidad variable – Cónyuge (Véanse instrucciones) (35) | 00
19. Ganancia (o pérdida) neta de capital a largo plazo en fondos de inversiones o atribuible a la inversión directa y no a través de un Fondo de Capital de Inversión, o participación distribuible en la ganancia (o pérdida) neta de capital a largo plazo de Corporación Especial Propiedad de Trabajadores (Someta detalle. Véanse instrucciones) (36) | 00
20. Exceso de deducciones sobre el ingreso proveniente de una actividad que no constituye su industria o negocio principal (Véanse instrucciones) (37) | 00
21. Ganancia (o pérdida) neta de capital a largo plazo (Sume líneas 11 a la 20) ............ (38) | 12,152

### Parte III — Ganancias y Pérdidas de Activos de Capital a Largo Plazo (Poseídos por más de 6 meses) Realizadas bajo Legislación Especial

| Descripción y Localización de la Propiedad | Enegreza sí Pagó por Adelantado | (A) Fecha de Adquisición (Día/Mes/Año) | (B) Fecha de Venta (Día/Mes/Año) | (C) Precio de Venta | (D) Base Ajustada | (E) Gastos de Venta | (F) Ganancia o Pérdida |
|---|---|---|---|---|---|---|---|
| | ○ | | | (39) | 00 | 00 | 00 |

22. Ganancia (o pérdida) neta de capital a largo plazo bajo la ley: _____ (Decreto Núm. _____ ) (40) | 00

Conf. 0808201422025571762518121    Periodo de Conservación: Diez (10) años    PRSoft, Inc. (www.prsoft.com)

Rev. 31 oct 13   SAMUEL FERRER FIGUEROA

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

Anejo D Individuo - Página 2

| **Parte IV** | Distribuciones Totales de Planes de Retiro Cualificados | | | | |
|---|---|---|---|---|---|
| Descripción | Ennegrezca si Pagó por Adelantado | Fecha de Distribución (Día/Mes/Año) | (A) Total de la Distribución | (B) Base | Porción Tributable |
| 23. Tributa al 20% - Contribuyente ............. | ◯ | | (41) |00 | (45) |00 | |00 |
| 24. Tributa al 20% - Cónyuge ..................... | ◯ | | (42) |00 | (46) |00 | |00 |
| 25. Tributa al 10% - Contribuyente ............. | ◯ | | (43) |00 | (47) |00 | |00 |
| 26. Tributa al 10% - Cónyuge ..................... | ◯ | | (44) |00 | (48) |00 | |00 |
| 27. Total de distribuciones de planes de retiro cualificados (Total de la Columna C. Traslade esta cantidad al Encasillado 1, línea 2A de la planilla o a la línea 3A, Columnas B y C del Anejo CO Individuo, según aplique) ...... | | | | (50) | |00 |

| **Parte V** | Ganancias o Pérdidas Netas de Capital para la Determinación del Ingreso Bruto Ajustado | Columna A | Columna B | Columna C |
|---|---|---|---|---|
| | **Ganancias o Pérdidas** | Corto Plazo | Largo Plazo | Bajo Legislación Especial |
| 28. Anote las ganancias de las líneas 10, 21 y 22 en la Columna correspondiente ......... | | (01) |00 | 12,152 |00 | |00 |
| 29. Anote las pérdidas de las líneas 10, 21 y 22 en la Columna correspondiente ........... | | (02) |00 | (03) |00 | (05) |00 |
| 30. Si **alguna** de las Columnas B y C refleja pérdida en la línea 29, aplique el total a la ganancia de la otra Columna (Véanse instrucciones) ......... | | | |00 | |
| 31. Reste la línea 30 de la línea 28. Si alguna Columna reflejó una pérdida en la línea 29, anote cero aquí ......... | | | 12,152 |00 | |00 |
| 32. Aplique la pérdida de la línea 29, Columna A en proporción a las ganancias de las Columnas B y C (véanse instrucciones) ......... | | | |00 | |00 |
| 33. Reste la línea 32 de la línea 31 ......... | | | (04) 12,152 |00 | (06) |00 |
| 34. Sume el total de las Columnas B y C, línea 33. No obstante, si en la línea 28 no se reflejó **ninguna** ganancia en las Columnas B y C, deberá entonces anotar el total de la línea 29, Columnas A, B y C ......... | | | | (07) 12,152 |00 |
| 35. Ganancia (o pérdida) neta de capital (Sume línea 28, Columna A y línea 34) ......... | | | | (08) 12,152 |00 |
| 36. Si la línea 35 es mayor de cero, anote aquí y en el Encasillado 1, línea 2B de la planilla o en la línea 3B del Anejo CO Individuo, según aplique. Si la línea 35 incluye ganancias de capital a largo plazo, véanse instrucciones ......... | | | | (09) 12,152 |00 |
| 37. Si la línea 35 es una pérdida neta, anote aquí y en el Encasillado 1, línea 2B de la planilla o en la línea 3B del Anejo CO Individuo, según aplique, la menor de las siguientes cantidades: a) La pérdida neta reflejada en la línea 35, b) (1,000), o c) (5,000) si la pérdida se generó en la venta de propiedad cualificada entre el 1 de enero y el 30 de junio de 2013. (Véanse instrucciones) ......... | | | | (10) |

Conf. 0808201422025571762518121

Período de Conservación: Diez (10) años

PRSoft, Inc. (www.prsoft.com)

**B1D (Official Form 1, Exhibit D) (12/09)**

### United States Bankruptcy Court
### District of Puerto Rico, San Juan Division

IN RE:                                                                                Case No. _____

**Figueroa, Samuel Ferrer-** _____   Chapter **11** _____

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: ***/s/ Samuel  Ferrer- Figueroa*** _____

Date: **October 22, 2015** _____

*© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)*

Certificate Number: 12459-PR-CC-025741508



12459-PR-CC-025741508

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>June 18, 2015</u>, at <u>6:35</u> o'clock <u>PM PDT</u>, <u>Samuel Ferrer</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Puerto Rico</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>June 18, 2015</u>                    By:    <u>/s/Katyria Serrano</u>

Name:  <u>Katyria Serrano</u>

Title:  <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B4 (Official Form 4)(12/07)

**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

IN RE:                                                                    Case No. _____

**Figueroa, Samuel Ferrer-** _____    Chapter **11** _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Banco Popular de Puerto Rico**<br>**Banco Popular- Mortgage Servicing**<br>**PO Box 362708**<br>**San Juan, PR  00936-2708** | **(787) 765-9800** | **Bank loan** | | **328,303.23**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**328,303.23** |
| **Banco Popular de Puerto Rico**<br>**Banco Popular- Mortgage Servicing**<br>**PO Box 362708**<br>**San Juan, PR  00936-2708** | **(787) 765-9800** | | | **248,664.72**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**248,664.72** |
| **Banco Popular de Puerto Rico**<br>**Banco Popular- Mortgage Servicing**<br>**PO Box 362708**<br>**San Juan, PR  00936-2708** | **(787) 765-9800** | | | **185,738.21** |
| **BORINQUEN COMMUNITY**<br>**FEDERAL CREDITO UNION\**<br>**35 Ramey Shopping Ctr**<br>**Aguadilla, PR  00603-1262** | | **Trade debt** | | **38,000.00** |
| **JOSE MONSERRATE**<br>**PO Box 366982**<br>**San Juan, PR  00936-6982** | | | | **25,750.00** |
| **Banco Popular de Puerto Rico**<br>**Banco Popular- Mortgage Servicing**<br>**PO Box 362708**<br>**San Juan, PR  00936-2708** | **(787) 765-9800** | | | **8,004.58** |
| **CRIM**<br>**PO Box 195387**<br>**San Juan, PR  00919-5387** | | | | **7,600.00** |
| AUTORIDAD ACUEDUCTOS Y ALCANTARRILLADOS<br>PO BOX 70101<br>SAN JUAN, PR  00936-8101 | **AUTORIDAD ACUEDUCTOS Y ALCANTARRILLADOS** | | | **7,345.16** |
| **Puerto Rico Treasury Dept**<br>**Po Box 9024140**<br>**San Juan, PR  00902-4140** | **Puerto Rico Treasury Dept** | | | **893.73** |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **October 22, 2015** _____    Signature   */s/ Samuel  Ferrer- Figueroa*
                                            of Debtor
                                                                        **Samuel  Ferrer- Figueroa**

Date: _____    Signature   _____
                                            of Joint Debtor
                                            (if any)

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

**IN RE:**                                                                                                  Case No. _____

**Figueroa, Samuel Ferrer-** _____   Chapter **11** _____
                                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ _____**250.00/hr**_____

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ _____**5,000.00**_____

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ _____

2. The source of the compensation paid to me was:   ☑ Debtor   ☐ Other (specify)

3. The source of compensation to be paid to me is:   ☑ Debtor   ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.   [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   **representation before local state courts**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**October 22, 2015**_____          _/s/ Isabel Fullana_ _____
                 Date                                                        Isabel Fullana 7955
                                                                             Garcia- Arregui & Fullana PSC
                                                                             PO Box 11579
                                                                             San Juan, PR  00910-2679
                                                                             (787) 766-2530  Fax: (787) 756-7800
                                                                             isabelfullana@gmail.com

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

**IN RE:**                                                              Case No. _____

**Figueroa, Samuel Ferrer-** _____          Chapter **11** _____
                                      Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **October 22, 2015** _____          Signature: **/s/ Samuel  Ferrer- Figueroa** _____
                                                          **Samuel  Ferrer- Figueroa**
                                                                                              Debtor

Date: _____          Signature: _____
                                                                                              Joint Debtor, if any

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

AUTORIDAD ACUEDUCTOS Y ALCANTARRILLADOS
PO BOX 70101
SAN JUAN, PR  00936-8101


Banco Popular de Puerto Rico
Banco Popular- Mortgage Servicing
PO Box 362708
San Juan, PR  00936-2708


BORINQUEN COMMUNITY
FEDERAL CREDITO UNION\
35 Ramey Shopping Ctr
Aguadilla, PR  00603-1262


CRIM
PO Box 195387
San Juan, PR  00919-5387


JOSE MONSERRATE
PO Box 366982
San Juan, PR  00936-6982


MUNICIPIO DE ISABELA
DEPARTAMENTO FINANZAS
PO Box 507
Isabela, PR  00662-0507


Puerto Rico Treasury Dept
Po Box 9024140
San Juan, PR  00902-4140

```
Raymond burt d/b/a Euromecanic
PO Box 3223
Aguadilla, PR  00605-3223
```

**Fill in this information to identify your case:**

Debtor 1    **Samuel Ferrer- Figueroa**
        First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the: **District of Puerto Rico, San Juan Division**

Case number
(If known)

☐ Check if this is an amended filing

## Official Form 22B

# Chapter 11 Statement of Your Current Monthly Income    12/14

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

### Part 1:   Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

   Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $_____ **0.00** | $_____ **0.00** |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $_____ **0.00** | $_____ **0.00** |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $_____ **0.00** | $_____ **0.00** |

5. **Net income from operating a business, profession, or farm**

   | Gross receipts (before all deductions) | $_____ **0.00** | | |
   |---|---|---|---|
   | Ordinary and necessary operating expenses | − $_____ **0.00** | | |
   | Net monthly income from a business, profession, or farm | $_____ **0.00**   Copy here ➤ | $_____ **0.00** | $_____ **0.00** |

6. **Net income from rental and other real property**

   | Gross receipts (before all deductions) | $_____ **0.00** | | |
   |---|---|---|---|
   | Ordinary and necessary operating expenses | − $_____ **0.00** | | |
   | Net monthly income from rental or other real property | $_____ **0.00**   Copy here ➤ | $_____ **0.00** | $_____ **0.00** |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Debtor 1   **Samuel Ferrer- Figueroa** _____   Case number (if known) _____
First Name    Middle Name    Last Name

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $_____ 0.00 | $_____ 0.00 |
| 8. **Unemployment compensation** | $_____ 0.00 | $_____ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: .............................↴

For you ...............................................   $_____ 0.00

For your spouse ......................................   $_____ 0.00

|  | | |
|---|---|---|
| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $_____ 0.00 | $_____ 0.00 |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

|  | | |
|---|---|---|
| 10a. **money from sale of cars as dealer** _____ | $_____ 166.67 | $_____ 0.00 |
| 10b. _____ | $_____ | $_____ |
| 10c. Total amounts from separate pages, if any. | + $_____ 0.00 | + $_____ 0.00 |

11. **Calculate your total average monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$_____ 166.67   **+**   $_____ 0.00   **=**   $ 166.67

**Total average monthly income**

---

**Part 2:**   Deduct any applicable marital adjustment

12. Copy your total average monthly income from line 11.                                    $_____ 166.67

13. **Calculate the marital adjustment.** Check one:

☑ You are not married. Fill in 0 in line 13d.

☐ You are married and your spouse is filing with you. Fill in 0 in line 13d.

☐ You are married and your spouse is not filing with you.
Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

In lines 13a-c, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 on line 13d.

13a. _____   $_____

13b. _____   $_____

13c. _____   + $_____

13d. Total .................................................   $_____ 0.00   Copy here. ➡ 13d.   **—** _____ 0.00

14. **Your current monthly income.** Subtract line 13d from line 12.                    14.   $ 166.67

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Debtor 1 **Samuel Ferrer- Figueroa**_____    Case number (*if known*)_____ _____
    First Name          Middle Name          Last Name

---

| Part 3: | Sign Below |

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

✗ */s/ Samuel  Ferrer- Figueroa*_____    ✗ _____ _____
Signature of Debtor 1                                   Signature of Debtor 2

Date **October 22, 2015**_____          Date_____
    MM / DD  / YYYY                                        MM / DD  / YYYY

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Official Form  22B                        **Chapter 11 Statement of Your Current Monthly Income**                        page 3

FB 201A (Form 201A) (06/14)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Form B 201A, Notice to Consumer Debtor(s)                                                                           Page 2

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)