UNITED STATES BANKRUPTCY COURT
DISTRICT OF
PUERTO RICO DIVISION

IN RE: SAMUEL FERRER FIGUEROA  } CASE NUMBER 15--08241-EAG11
} 
} JUDGE  EDWARD D GODOY
}
}
}
DEBTOR }
CHAPTER 11

---

DEPTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
FOR THE PERIOD

FROM  1-Mar-2016   TO   31-Mar-2016

Comes now the above-name Debtor and file its Monthly Operating Report in accordance with the Guidelines established by the United Sates Trustee and FRBP 2015.

Date   May 6, 2016

S/ Isabel M Fullana
Attorney for Debtor

Atttorney's Address
and Phone Number
GARCIA ARREGUI & FULLANA PSC 252
PONCE DE LEON AVE SUITE 1101 SAN JUAN, PR  00918
787-766-2530
787-756-7800

Debtor's Address
and Phone Number
HC 2 BOX 11335

MOCA, PR 00676
787-627-6365

SUMMARY OF CASH RECEIPTS AND DISBURSEMENTS

| Case Name: | SAMUEL FERRER FIGUEROA |
|---|---|
| Case Number: | 15-08241-EAG11 |

Note: This information reported below is a summary of the information reported the various Attachments contained within this report.

| | Month<br>March 31, 2016 | Cumulative<br>Total |
|---|---|---|
| CASH - Beginning of Month (Household) | 262.94 | |
| CASH - Beginning of Month (Business) | | 44.57 |
| Total household Receipts | 1,170.26 | 3,770.26 |
| Total Business Receipts | 2,000.00 | 7,000.00 |
| Total Receipts | 3,170.26 | 10,770.26 |
| Total Household Disbursements | 515.00 | 2,852.06 |
| Total Business Disbursements | 2,000.00 | 7,044.57 |
| Total Disbursements | 2,515.00 | 9,896.63 |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 655.26 | 873.63 |
| CASH - End of Month (Individual) | 918.20 | 918.20 |
| CASH - End of Month (Business) | | |

CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEE

| TOTAL DISBURSEMENTS (From Above) | 2,515.00 | 9,896.63 |
|---|---|---|
| Less Any Amounts Transfered from the Business Account to the Household Account: (i.e., Salary Paid to Debtor or Owner's Draw) | 1,170.26 | 2,170.26 |
| DISBURSEMENTS FOR U.S TRUSTEE FEE CALCULATION | 1,344.74 | 7,726.37 |

I declare under penalty of perjury that this statement and the accompanyin documents and reports are treu and correct to the best of my knowledge and belief.

Date _____ May 6, 2016 _____

_SAMUEL FERRER_
SAMUEL FERRER FIGUEROA
Debtor's Signature

Monthly Operating Report - Individual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENT

|  | Month<br>March 31, 2016 | Cumulative<br>Total |
|---|---:|---:|
| **CASH - Beginning of Month** | 262.94 | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 1,170.26 | 2,170.26 |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividends Income | | |
| Alimony or Child Supprt | | |
| Social Security Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | 1,600.00 |
| **Total Receipts** | 1,170.26 | 3,770.26 |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | 500.00 | 2,100.00 |
| Charity Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | | 400.00 |
| Household Repairs & Maintenance | | |
| Insurance | | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | | |
| Vehicle expensess | | 300.00 |
| Vehicle Secured Payment(s) | | |
| U.S trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | 15.00 | 52.06 |
| **Total Household Disbursements** | 515.00 | 2,852.06 |
| **CASH - End of Month (Must equal reconcile bank statement- Attachment No. 2)** | 918.20 | 918.20 |

Monthly Operating Report - Individual

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENT

For the period beg 01-Mar-16 and ending 31-Mar-16

Name of Del SAMUEL FERRER FIGUEROA  Case Number: 5--08241-EAG1
Date of filing   6-May-2016

| | Month 31-Mar-2016 | Cumulative Total |
|---|---:|---:|
| CASH - Beginning of Month | | 44.57 |
| **BUSINESS CASH RECEIPTS** | | |
| Cash sales | 2,000.00 | 7,000.00 |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to | | |
| Rental Income | | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| Total Business Receipts | 2,000.00 | 7,000.00 |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's (e.g., transfer to (household Account) | 1,170.26 | 2,170.26 |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedules | | |
| Contract Labor (Subcontractors) | | |
| Inventory Purchases | | 3,800.00 |
| Secured/Lease Payments (buisiness) | | |
| Utilities (Business) | | |
| Insurance | | |
| Vehicle Expenses | 829.74 | 829.74 |
| Travel & Entertainment | | |
| Repairs and maintenance | | |
| Supplies | | |
| Charitable Contributions/Gifts | | |
| Purchases of Fixed Asets | | |
| Advertising | | |
| Bank Charges | | |
| Other (attach schedule) | | 244.57 |
| | | |
| Total Business Disbursements | 2,000.00 | 7,044.57 |
| CASH - End of Month (Must equal reconcile bank statement Attachment No. 2) | | |

Monthly Operating Report - Individual

# MONTHLY CHAPTER 11 HOUSEHOLD REPORT
## HOUSEHOLD CASH DISBURSEMENT OTHERS

| Other Expenses of Household | Current Month | | Cumulative |
|---|---|---|---|
| Bank Charges | 15.00 | ......... | 52.06 |
|  |  | ......... |  |
|  |  | ......... |  |
|  |  | ......... |  |
|  |  | ......... |  |
|  |  | ......... |  |
|  |  | ......... |  |
|  | **15.00** |  | **52.06** |

MONTHLY OPERATING REPORT  
INDIVIDUAL

ATTACHMENT NO. 1

| | QUESTIONNAIRE | Yes* | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business during reporting period? | | X |
| 2 | Have any funds been disbursed from any account other than debtor in possession account? | | X |
| 3 | Are any post-petition receivables (accounts, notes or loans) due from any relatives, insiders, or related party? | | X |
| 4 | Have any payments been made on pre-petitiion liabilities this reporting period? | | X |
| 5 | Have any post-petition loans been received by the debtor from any party? | | X |
| 6 | Are any post-petition payroll taxes due? | | X |
| 7 | Are any post-petition state or federal income taxes past due? | | X |
| 8 | Are any post-petition state or local sale taxes past due? | | X |
| 9 | Are any post-petition real estate taxes past due? | | X |
| ** | Are any amount owed to post-petition creditors/vendors delinquent? | | X |
| ** | Are any wages payment past due? | | X |

* If the answer to any of the above questions is "yes" provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | Yes | No* |
|---|---|---|
| 1 Are real and personal property vehicle auto, general liability, fire theft, worker's compensation, and any other necessary insurance coveraged in effect? | | |
| 2 Are all premium payments current? | | |

* If the answer to any of the above questions is "NO" provide a detailed explanation of each item on a separate sheet.

### CONFIRMATION OF INSURANCE

| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frecuency | Delincuency Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

___ Check here if United States Trustee has been listed as Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD

Estimated Date of Filing the Plan of Reorganization and Disclosu_____

MONTHLY OPERATING REPORT  
INDIVIDUAL

ATTACHMENT NO. 2

BANK ACCOUNT RECONCILIATION

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 | Account #5 |
|---|---|---|---|---|---|
| Name of Bank | | Santander | | | Cash on Hand |
| Account Number | | 3105832957 | | | |
| Purpose of Account (Business/Personal) | | Personal | | | Business |
| Type of Account (e.g. Checking) | | Checking | | | |
| 1. Balance per Bank Statement | | 918.20 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | | |
| 3. SUBTRACT: Outstanding checks (attach list) | | | | | |
| 4. Other reconciling items (attach list to this report) | | | | | |
| 5. Month End Balance (Must Agree with Books) | | 918.20 | | | |
| TOTAL OF ALL ACCCOUNTS | | | | | 918.20 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

Business  918.20  
Household  
_____  
918.20

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.



CHAPTER II DEBTOR IN POSESION BK

Página: 2
Número de cuenta: 3105832957
Desde: 11 Ene 2016
Hasta: 09 Feb 2016

**Resumen de balance diario de la cuenta**

| Fecha | Balance | Fecha | Balance | Fecha | Balance |
|---|---|---|---|---|---|
| 01/14 | 850.00 | 01/21 | 1,300.00 | 02/01 | 262.94 |
| 01/15 | 650.00 | 01/27 | 1,262.94 | 02/09 | **262.94** |
| 01/19 | 1,400.00 | | | | |

**Resumen de cargos por sobregiro y efectos devueltos:**

| | Total del período | Total acumulado durante el año 2016 |
|---|---|---|
| Total de intereses por sobregiro | $0.00 | $0.00 |
| Total de cargos diarios por sobregiro | $0.00 | $0.00 |
| Total de cargos por efectos pagados | $0.00 | $0.00 |
| Total de cargos por efectos devueltos | $0.00 | $0.00 |



# ESTADO DE CUENTA

```
******AUTO**SCH 5-DIGIT 00603
CHAPTER II DEBTOR IN POSESION BK
ESTATE OF SAMUEL FERRER FIGUEROA
CASE 1508241
HC 2 BOX 11335
MOCA PR 00676-9723
```

Página 1
Número de cuenta 3105832957
Desde 09 Mar 2016
Hasta 11 Abr 2016

| | |
|---|---|
| Total de depósitos en el Banco | $918.20 |
| Total de préstamos en el Banco | $0.00 |

Para preguntas llamar a **BANCO EN CASA**: 787-281-2000 ó 1-800-726-8263 | **PYMES**: 787-281-3539

**Convierta su estado de cuenta en energía . Solicítelo electrónicamente por Santandernet eBanking. Refiérase al Acuerdo Estados de Cuenta Electrónico.**



## DEPTOR IN POSESSION PERSO
Número de cuenta 3105832957

| | | |
|---|---|---:|
| Balance inicial | | $ 262.94 |
| Depósitos y otros créditos | 2 | + 2,650.00 |
| Cheques pagados y otros retiros | 7 | − 1,994.74 |
| Balance final | | $ 918.20 |

(handwritten: +2000 ; −1,344.74)

### Información de intereses

Intereses ganados $ 0.00 basado en un período de 33 Días.
Con una tasa anual de rendimiento de 0.00 %.

### Resumen de depósitos

| Fecha | Cantidad | | Fecha | Cantidad |
|---|---|---|---|---|
| 03/17 | 2,000.00 | | | |

### Resumen de créditos

| Fecha | Descripción | | Cantidad |
|---|---|---|---|
| 03/09 | Balance Cobrado - | 262 | |
| 03/09 | Tasa int. anual 0.000 % | | |
| 03/11 | Balance Cobrado - | 162 | |
| 03/18 | Balance Cobrado - | 1,512 | |
| 03/21 | Balance Cobrado - | 2,147 | |
| 03/21 | Efecto devuelto 00000129 | | 650.00 |
| 03/24 | Balance Cobrado - | 1,747 | |
| 03/28 | Balance Cobrado - | 1,197 | |
| 03/31 | Balance Cobrado - | 918 | |

### Resumen de cheques pagados

| Número de Cheque | Cantidad | Día pagado | Número de Cheque | Cantidad | Día Pagado |
|---|---|---|---|---|---|
| 101 | 79.74 | 03/31 | 105* | 550.00 | 03/28 |
| 106 | 100.00 | 03/11 | 129*C | 650.00 | 03/18 |
| 130 | 400.00 | 03/24 | 131 | 200.00 | 03/31 |

\* Indica un cambio en la secuencia del número de cheque en el estado
C Indica este efecto ha sido devuelto

### Resumen de débitos

| Fecha | Descripción | Cantidad |
|---|---|---|
| 03/21 | Cargo cheque dev UNC 000000000129 | 15.00 |

PO Box 362589, San Juan, Puerto Rico 00936-2589    Miembro FDIC

CHAPTER II DEBTOR IN POSESION BK

Página 2
Número de cuenta 3105832957
Desde 09 Mar 2016
Hasta 11 Abr 2016

**Resumen de balance diario de la cuenta**

| Fecha | Balance | Fecha | Balance | Fecha | Balance |
|---|---|---|---|---|---|
| 03/11 | 162.94 | 03/21 | 2,147.94 | 03/31 | 918.20 |
| 03/17 | 2,162.94 | 03/24 | 1,747.94 | 04/11 | **918.20** |
| 03/18 | 1,512.94 | 03/28 | 1,197.94 | | |

**Resumen de cargos por sobregiro y efectos devueltos:**

| | Total del período | Total acumulado durante el año 2016 |
|---|---|---|
| Total de intereses por sobregiro | $0.00 | $0.00 |
| Total de cargos diarios por sobregiro | $0.00 | $0.00 |
| Total de cargos por efectos pagados | $0.00 | $0.00 |
| Total de cargos por efectos devueltos | $15.00 | $15.00 |

PO Box 362589, San Juan, Puerto Rico 00936-2589

Miembro FDIC



3
3105832957

ESTADO DE CUENTA

Banco Santander Puerto Rico certifica que estas son copias fieles y exactas de sus cheques u otros efectos procesados en este estado.



| 101 | $-79.74 | 03/31/16 |
| 105 | $-550.00 | 03/28/16 |
| 106 | $-100.00 | 03/11/16 |
| 130 | $-400.00 | 03/24/16 |
| 131 | $-200.00 | 03/31/16 |

① vehicle exp. — 829.74
② alimony — 500.00

PO Box 362589, San Juan, Puerto Rico 00936-2589     Miembro FDIC