UNITED STATES BANKRUPTCY COURT
DISTRICT OF

PUERTO RICO   DIVISION

IN RE:   SAMUEL FERRER FIGUEROA        } CASE NUMBER 15--08241-EAG11
                                       }
                                       } JUDGE        EDWARD D GODOY
                                       }
                                       }
                                       }
         DEBTOR                        }
                          CHAPTER 11

---

DEPTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
FOR THE PERIOD

FROM ___1-May-2016___    TO    ___31-May-2016___

Comes now the above-name Debtor and file its Monthly Operating Report in accordance with the Guidelines established by the United Sates Trustee and FRBP 2015.

Date        ___June 27, 2016___                   sISABEL M FULLANA
                                                  Attorney for Debtor

Debtor's Address                          Atttorney's Address
and Phone Number                          and Phone Number
HC 2 BOX 11335                            GARCIA ARREGUI & FULLANA PSC
                                          252 PONCE DE LEON AVE SUITE 1101
                                          SAN JUAN, PR  00918
MOCA, PR 00676                            787-766-2530
787-627-6365                              787-756-7800

SUMMARY OF CASH RECEIPTS AND DISBURSEMENTS

| Case Name: | SAMUEL FERRER FIGUEROA |
|---|---|
| Case Number: | 15–08241-EAG11 |

Note: This information reported below is a summary of the information reported the various Attachments contained within this report.

| | Month May 31, 2016 | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month (Household) | 918.20 | |
| CASH - Beginning of Month (Business) | | 44.57 |
| | | |
| Total household Receipts | | 3,770.26 |
| Total Business Receipts | 11,300.00 | 24,500.00 |
| Total Receipts | 11,300.00 | 28,270.26 |
| | | |
| Total Household Disbursements | | 2,852.06 |
| Total Business Disbursements | 9,149.66 | 22,394.23 |
| Total Disbursements | 9,149.66 | 25,246.29 |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 2,150.34 | 3,023.97 |
| | | |
| CASH - End of Month (Individual) | 918.20 | 918.20 |
| CASH - End of Month (Business) | 2,150.34 | 2,150.34 |

CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEE

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | 9,149.66 | 25,246.29 |
| Less Any Amounts Transfered from the Business Account to the Household Account: (I.e., Salary Paid to Debtor or Owner's Draw) | | 2,519.76 |
| DISBURSEMENTS FOR U.S TRUSTEE FEE CALCULATION | 9,149.66 | 22,726.53 |

I declare under penalty of perjury that this statement and the accompanyin documents and reports are treu and correct to the best of my knowledge and belief.

*Samuel Ferrer*

Date _____June 27, 2016_____          SAMUEL FERRER FIGUEROA
                                                                              Debtor's Signature

Monthly Operating Report - Individual

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENT

For the period beç 01-May-16                          and ending                  31-May-16

Name of De SAMUEL FERRER FIGUEROA          Case Number:          5--08241-EAG1
Date of filing   27-Jun-2016

|  | Month | Cumulative |
|---|---|---|
|  | 31-May-2016 | Total |
| CASH - Beginning of Month |  | 44.57 |
| BUSINESS CASH RECEIPTS |  |  |
| Cash sales | 11,300.00 | 24,500.00 |
| Account Receivable Collection |  |  |
| Loans/Borrowing from Outside Sources (attach list to |  |  |
| Rental Income |  |  |
| Sale of Business Assets (attach list to this report) |  |  |
| Other (specify) (attach list to this report) |  |  |
|  |  |  |
| Total Business Receipts | 11,300.00 | 24,500.00 |
|  |  |  |
| BUSINESS CASH DISBURSEMENTS |  |  |
| Net Payroll (Excluding Self) |  |  |
| Salary Paid to Debtor or Owner's (e.g., transfer to (household Account) |  | 2,519.76 |
| Taxes - Payroll |  |  |
| Taxes - Sales |  |  |
| Taxes Other (attach schedules |  | 524.00 |
| Contract Labor (Subcontractors) |  | 176.24 |
| Inventory Purchases | 7,748.73 | 16,048.73 |
| Secured/Lease Payments (busisness) |  |  |
| Utilities (Business) | 210.00 | 210.00 |
| Insurance | 638.94 | 638.94 |
| Vehicle Expenses | 100.00 | 929.74 |
| Travel & Entertainment |  |  |
| Repairs and maintenance |  |  |
| Supplies |  |  |
| Charitable Contributions/Gifts |  |  |
| Purchases of Fixed Asets |  |  |
| Advertising |  |  |
| Bank Charges |  |  |
| Other (attach schedule) | 451.99 | 1,346.82 |
|  |  |  |
| Total Business Disbursements | 9,149.66 | 22,394.23 |
|  |  |  |
| CASH - End of Month (Must equal reconcile bank statement Attachment No. 2) | 2,150.34 | 2,150.34 |

Monthly Operating Report – Individual

# MONTHLY CHAPTER 11 BUSINESS REPORT
## BUSINESS CASH DISBURSEMENT

|  | Current Month May-16 |
|---|---|
| **Other Expenses of Business** | |
| Tuition | 100.00 |
| Municipal Patent | 106.43 |
| Office expenses | 245.56 |
|  |  |
|  |  |
|  |  |
|  |  |
|  | **451.99** |

MONTHLY OPERATING REPORT                                                                    ATTACHMENT NO. 1
INDIVIDUAL

| QUESTIONNAIRE | Yes* | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business durin reporting period? | | X |
| 2 Have any funds been disbursed from any account other than debtor in possession account? | | X |
| 3 Are any post-petition receivables (accounts, notes or loans) due from any relatives, insiders, or related party? | | X |
| 4 Have any payments been made on pre-petitiion liabilities this reporting period? | | X |
| 5 Have any post-petition loans been received by the debtor from any party? | | X |
| 6 Are any post-petition payroll taxes due? | | X |
| 7 Are any post-petition state or federal income taxes past due? | | X |
| 8 Are any post-petition state or local sale taxes past due? | | X |
| 9 Are any post-petition real estate taxes past due? | | X |
| ** Are any amount owed to post-petition creditors/vendors delinquent? | | X |
| ** Are any wages payment past due? | | X |

* If the answer to any of the above questions is "yes" provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | Yes | No* |
|---|---|---|
| 1 Are real and personal property vehicle auto, general liability, fire theft, worker's compensation, and any other necessary insurance coveraged in effect? | | |
| 2 Are all premium payments current? | | |

* If the answer to any of the above questions is "NO" provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY  and  CARRIER | Period of Coverage | Payment Amount and Frecuency | Delincuency Amount |
| | | | |
| | | | |
| | | | |
| | | | |

___ Check here if United States Trustee has been listed as Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD




     Estimated Date of Filing the Plan of Reorganization and Disclosu_____

MONTHLY OPERATING REPORT                                    ATTACHMENT NO. 2
INDIVIDUAL


BANK ACCOUNT RECONCILIATION

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 | Account #5 |
|---|---|---|---|---|---|
| Name of Bank | | Santander | | | Cash on |
| Account Number | | 3105832957 | | | Hand |
| Purpose of Account (Business/Personal) | | Personal | | | Business |
| Type of Account(e.g. Checking) | | Checking | | | |
| | | | | | |
| 1.  Balance per Bank Statement | | 256.77 | | | |
| 2. ADD: Deposits not credited (attach list to this report | | | | | |
| 3. SUBTRACT: Outstanding checks (attach list) | | 106.43 | | | |
| 4. Other reconciling items (attach list to this report) | | 2,000.00 | | | |
| 5. Month End Balance (Must Agree with Books) | | 2,150.34 | | | |
|      TOTAL OF ALL ACCCOUNTS | | | | | 2,150.34 |

Note:  Attach a copy of the bank statement and bank reconciliation for each account.        Business       2,150.34
                                                                                             Household
                                                                                                            2,150.34

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach a copy of each investment account statement .



# ESTADO DE CUENTA

6

20

CHAPTER II DEBTOR IN POSESION BK
ESTATE OF SAMUEL FERRER FIGUEROA
CASE 1508241
HC 2 BOX 11335
MOCA PR 00676-9723

Página                    1
Número de cuenta    3105832957
Desde              11 Abr 2016
Hasta              09 May 2016

*May 1/16 to May 9/16*

| | |
|---|---|
| Total de depósitos en el Banco | $1,067.70 |
| Total de préstamos en el Banco | $0.00 |

Para preguntas llamar a **BANCO EN CASA: 787-281-2000 ó 1-800-726-8263 | PYMES: 787-281-3539**

### Convierta su estado de cuenta en energía . Solicítelo electrónicamente por
### Santandernet eBanking. Refiérase al Acuerdo Estados de Cuenta Electrónico.



## DEPTOR IN POSESSION PERSO

Número de cuenta  3105832957

| | | | |
|---|---|---|---|
| Balance inicial | | $ | 918.20 |
| Depósitos y otros créditos | 2 | + | 6,200.00 |
| Cheques pagados y otros retiros | 6 | - | 6,050.50 |
| Balance final | | $ | 1,067.70 |

### Información de intereses

Intereses ganados $     0.00 basado en un período de 28 Días.
Con una tasa anual de rendimiento de    0.00 %.

### Resumen de depósitos

| Fecha | Cantidad | Fecha | Cantidad |
|---|---|---|---|
| 04/18 | 1,500.00 | 04/29 | 4,700.00 |

### Resumen de créditos

| Fecha | Descripción | Cantidad |
|---|---|---|
| 04/11 | Balance Cobrado - | 918 |
| 04/11 | Tasa int. anual 0.000 % | |
| 04/18 | Balance Cobrado - | 2,418 |
| 04/22 | Balance Cobrado - | 1,917 |
| 04/26 | Balance Cobrado - | 1,267 |
| 04/29 | Balance Cobrado - | 1,067 |
| 05/02 | Balance Cobrado - | 5,767 |
| 05/03 | Balance Cobrado - | 1,167 |
| 05/05 | Balance Cobrado - | 1,067 |

### Resumen de cheques pagados

| Número de Cheque | Cantidad | Día pagado | Número de Cheque | Cantidad | Día Pagado |
|---|---|---|---|---|---|
| 102 | 500.24 | 04/22 | 103 | 4,500.00 | 05/03 |
| 107* | 650.26 | 04/26 | 110* | 200.00 | 04/29 |
| 112* | 100.00 | 05/03 | 134* | 100.00 | 05/05 |

* Indica un cambio en la secuencia del número de cheque en el estado



CHAPTER II DEBTOR IN POSESION BK

| | |
|---|---|
| Página | **2** |
| Número de cuenta | **3105832957** |
| Desde | **11 Abr 2016** |
| Hasta | **09 May 2016** |

**Resumen de balance diario de la cuenta**

| Fecha | Balance | Fecha | Balance | Fecha | Balance |
|---|---|---|---|---|---|
| 04/18 | 2,418.20 | 04/29 | 5,767.70 | 05/05 | 1,067.70 |
| 04/22 | 1,917.96 | 05/03 | 1,167.70 | 05/09 | 1,067.70 |
| 04/26 | 1,267.70 | | | | |

**Resumen de cargos por sobregiro y efectos devueltos:**

| | Total del período | Total acumulado durante el año 2016 |
|---|---|---|
| Total de intereses por sobregiro | $0.00 | $0.00 |
| Total de cargos diarios por sobregiro | $0.00 | $0.00 |
| Total de cargos por efectos pagados | $0.00 | $0.00 |
| Total de cargos por efectos devueltos | $0.00 | $15.00 |



ESTADO DE CUENTA

3
3105832957

Banco Santander Puerto Rico certifica que estas son copias fieles y exactas de sus cheques u otros efectos procesados en este estado.

| Check | Amount | Date |
|---|---|---|
| 102 | $-500.24 | 04/22/16 |
| 103 | $-4,500.00 | 05/03/16 |
| 107 | $-650.26 | 04/26/16 |
| 110 | $-200.00 | 04/29/16 |
| 112 | $-100.00 | 05/03/16 |
| 134 | $-100.00 | 05/05/16 |



# ESTADO DE CUENTA

8

3

CHAPTER II DEBTOR IN POSESION BK
ESTATE OF SAMUEL FERRER FIGUEROA
CASE 1508241
HC 2 BOX 11335
MOCA PR 00676-9723

*May 10/16 to May 31/16* (handwritten)

| | |
|---|---|
| Página | **1** |
| Número de cuenta | **3105832957** |
| Desde | **09 May 2016** |
| Hasta | **09 Jun 2016** |

| | |
|---|---|
| Total de depósitos en el Banco | **$256.77** |
| Total de préstamos en el Banco | **$0.00** |

Para preguntas llamar a **BANCO EN CASA:** 787-281-2000 ó 1-800-726-8263 | **PYMES:** 787-281-3539

**Convierta su estado de cuenta en energía . Solicítelo electrónicamente por
Santandernet eBanking. Refiérase al Acuerdo Estados de Cuenta Electrónico.**



## DEPTOR IN POSESSION PERSO

Número de cuenta  3105832957

| | | |
|---|---|---|
| Balance inicial | $ | 1,067.70 |
| Depósitos y otros créditos | + | 11,300.00 |
| Cheques pagados y otros retiros | - | 12,110.93 |
| Balance final | $ | **256.77** |

*(handwritten overlay: )*
*0·00 ✳*
*Ⓟ 256·77 +*
*Ⓐ*
*Ⓑ 2,000·00 +*
*002  2,256·77 ✳*
*0·00 ✳*
*2,256·77 +*
*of 117 outstanding 106·43 -*
*Bank balance*
*as of 5/31/16  2,150·34 ←*

### Información de intereses

Intereses ganados $      0.00 basado en un período d
Con una tasa anual de rendimiento de    0.00 %.

### Resumen de depósitos

| Fecha | Cantidad | | Cantidad |
|---|---|---|---|
| 05/13 | 11,300.00 ✓ | | |

### Resumen de créditos

| Fecha | Descripción | | Cantidad |
|---|---|---|---|
| 05/09 | Balance Cobrado - | 1,067 | |
| 05/09 | Tasa int. anual 0.000 % | | |
| 05/11 | Balance Cobrado - | 987 | |
| 05/16 | Balance Cobrado - | 12,287 | |
| 05/19 | Balance Cobrado - | 11,912 | |
| 05/20 | Balance Cobrado - | 4,973 | |
| 05/24 | Balance Cobrado - | 2,373 | |
| 06/02 | Balance Cobrado - | 2,266 | |
| 06/03 | Balance Cobrado - | 266 | |

### Resumen de cheques pagados

| Número de Cheque | Cantidad | Día pagado | Número de Cheque | Cantidad | Día Pagado |
|---|---|---|---|---|---|
| 111 | 165.56 | 05/19 | 113* | 6,300.00 | 05/20 |
| 114 | 210.00 | 05/19 | 116* | 2,600.00 | 05/24 |
| 117 | 106.43 | 06/02 | 118 | 2,000.00 | 06/03 |
| 132* | 638.94 | 05/20 | 151* | 80.00 | 05/11 |

* Indica un cambio en la secuencia del número de cheque en el estado

### Resumen de débitos

| Fecha | Descripción | Cantidad |
|---|---|---|
| 06/09 | O BAL. M BAL SERVICE CHARGE | 10.00 |



CHAPTER II DEBTOR IN POSESION BK

| | |
|---|---|
| Página | 2 |
| Número de cuenta | 3105832957 |
| Desde | 09 May 2016 |
| Hasta | 09 Jun 2016 |

**Resumen de balance diario de la cuenta**

| Fecha | Balance | Fecha | Balance | Fecha | Balance |
|---|---|---|---|---|---|
| 05/11 | 987.70 | 05/20 | 4,973.20 | 06/03 | 266.77 |
| 05/13 | 12,287.70 | 05/24 | 2,373.20 | 06/09 | 256.77 |
| 05/19 | 11,912.14 | 06/02 | 2,266.77 | | |

**Resumen de cargos por sobregiro y efectos devueltos:**

| | Total del período | Total acumulado durante el año 2016 |
|---|---|---|
| Total de intereses por sobregiro | $0.00 | $0.00 |
| Total de cargos diarios por sobregiro | $0.00 | $0.00 |
| Total de cargos por efectos pagados | $0.00 | $0.00 |
| Total de cargos por efectos devueltos | $0.00 | $15.00 |



ESTADO DE CUENTA

3
3105832957

Banco Santander Puerto Rico certifica que estas son copias fieles y exactas de sus cheques u otros efectos procesados en este estado.

| | | |
|---|---|---|
| 111 | | 113 |
| SAMUEL FERRER FIGUEROA | | SAMUEL FERRER FIGUEROA |
| 28 Abril 2016 | | 5/13/16 |
| Pay to the order of Alfredo Ortiz Morales | $165.56 | Pay to the order of TO CARS  $6,300 |
| Center Presay Cuidero  06/01 | | Seis mil trecientos Ca |
| Santander | | Santander |
| office   SAMUEL FERRER | | Purchases autos  SAMUEL FERRER |
| 111   $-165.56   05/19/16 | | 113   $-6,300.00   05/20/16 |

| | | |
|---|---|---|
| 114 | | 116 |
| SAMUEL FERRER FIGUEROA | | SAMUEL FERRER FIGUEROA |
| 17-mayo-2016 | | 5/19/2016 |
| Pay to the order of AEE | $210 | Pay to the order of TO CARS  $2,600 |
| Dociete mas diez a | | Diani seisciento 65 Ca |
| Santander | | Santander |
| 2826221006   SAMUEL FERRER | | SAMUEL FERRER |
| 114   $-210.00   05/19/16 | | 116   $-2,600.00   05/24/16 |

| | | |
|---|---|---|
| 117 | | 118 |
| SAMUEL FERRER FIGUEROA | | |
| 31-mayo-2016 | | Jun |
| Pay to the order of Municipio Isabela | $106.45 | |
| Ciento seis dom a 43 | | (B) |
| Santander | | |
| Paga patent Municipal  Repual/Fenec | | |
| 117   $-106.43   06/02/16 | | 118   $-2,000.00   06/03/16 |

| | | |
|---|---|---|
| 132 | | 151 |
| SAMUEL FERRER FIGUEROA | | SAMUEL FERRER FIGUEROA |
| 17-mayo-2016 | | mayo-2016 |
| Pay to the order of MAPFRE | $638.94 | Pay to the order of Vanessa Nieves  $80 |
| Sesienta trinti ycho ca-94 | | ochota e MAY 11 2016 |
| Santander | | Santander |
| 531258-2  Insurance  Samuel Ferrer | | office  SAMUEL FERRER |
| 132   $-638.94   05/20/16 | | 151   $-80.00   05/11/16 |